A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Sep 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

v4:03633-RMES   Document 118   Filed 09/15/10   Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION   MDL No. 1964

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On August 22, 2008, the Panel transferred eight civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 572 F.Supp.2d 1382 (J.P.M.L. 2008). Since that time, 448 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W. Sippel.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W. Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: NUVARING PRODUCTS LIABILITY LITIGATION  MDL No. 1964

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**    **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  10-5788    Lacy Nerud v. Organon USA, Inc., et al.

CALIFORNIA NORTHERN
  CAN  3  10-3033    Dayna Weaver v. Organon USA, Inc., et al.
  CAN  3  10-3046    Nytira Duplessis v. Organon USA, Inc., et al.

KANSAS
  KS   2  10-2376    Lindsey Butcher v. Organon USA, Inc., et al.

LOUISIANA EASTERN
  LAE  2  10-2000    Jenny Lorusso v. Organon Pharmaceuticals USA, Inc., et al.

MARYLAND
  MD   1  10-2096    Nicole Cooper v. Organon USA, Inc., et al.
  MD   8  10-1705    Sarah Bakka v. Organon USA, Inc., et al.

MINNESOTA
  MN   0  10-2314    Nicole R. Nemic v. Organon USA, Inc., et al.
  MN   0  10-2321    Kimberly L. Sutter v. Organon USA, Inc., et al.
  MN   0  10-2322    Kathleen McMahen v. Organon USA, Inc., et al.
  MN   0  10-2328    Leah J. Hess v. Organon USA, Inc., et al.
  MN   0  10-2337    Tiara A. Broaddus v. Organon USA, Inc., et al.
  MN   0  10-2342    Donielle Auguston v. Organon USA, Inc., et al.
  MN   0  10-3163    Nicole Soto v. Organon USA, Inc., et al.
  MN   0  10-3164    Latisha Silvera v. Organon USA, Inc., et al.
  MN   0  10-3165    Tamira Prothro v. Organon USA, Inc., et al.
  MN   0  10-3166    Shilpa Hamilton v. Organon USA, Inc., et al.
  MN   0  10-3168    Janet Tetreault v. Organon USA, Inc., et al.
  MN   0  10-3169    Virginia Keeney-Dewell v. Organon USA, Inc., et al.
  MN   0  10-3170    Patricia Guadarrama v. Organon USA, Inc., et al.

NEW JERSEY
  NJ   2  10-3233    Rodricka Brown v. Organon USA, Inc., et al.
  NJ   2  10-3238    Carmen Carbonell v. Organon USA, Inc., et al.